## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## WHITE PLAINS DIVISION

NEW ENGLAND LIFE INSURANCE
COMPANY,

        Plaintiff,                         Case No. 7:21-cv-11037-PMH

vs.

DAVID DOERR,
LESLIE DUBEAU, and
STACY ARCHER, Individually and as Executrix of
The Estate of Gene Haynes,

        Defendants.

## ORDER FOR RELIEF IN INTERPLEADER

Upon Joint Motion for Relief in Interpleader, and the Court having considered the application of counsel, and for good cause having been shown;

**IT IS HEREBY ORDERED THAT:**

(1)      Within 21 days of the signing of this Order by the Court, New England Life Insurance Company ("NELICO") shall distribute to the Clerk of Court a check equal to the sum of $163,958.65 ("Death Benefit"), representing the life insurance proceeds due as result of the death of Gene Haynes (the "Insured") pursuant to individual life insurance policy number 28 028 664 (the "Policy"), which was issued by NELICO to the Insured, plus applicable interest (together, the "Interpleader Funds");

(2)      The Clerk of Court shall deposit the Interpleader Funds into an interest-bearing account pending further direction from the Court;

(3)      Pursuant to Rule 67.1(b)(2) of the Local Rules of Civil Procedure for the United States District Court for the Southern and Eastern Districts of New York, the Clerk of the Court

shall deduct from the income on the investment a fee equal to ten percent (10%) of the income earned, but not exceeding the fee authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office;

(4)     Upon deposit of the Interpleader Funds, NELICO shall be discharged of all liability in connection with, relating to or arising out of the Death Benefit, the Interpleader Funds, and otherwise in connection with the Policy and all claims, rights, interests and actions that Defendants, David Doerr, Leslie Dubeau, and Stacey Archer, Individually and as Executrix of the Estate of Gene Haynes, might otherwise have held against NELICO and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and all of their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators (hereinafter, "Releasees"), with respect to the Death Benefit, the Interpleader Funds and/or the Policy are hereby released;

(5)     The Defendants are hereby permanently enjoined from bringing any action or proceeding in any forum, or making any further actual or implied claims, demands and causes of action, asserted or unasserted, liquidated or unliquidated, or bringing any action or proceeding in any forum against NELICO or the Releasees, arising out of or in connection with or relating to the Death Benefit, the Interpleader Funds or otherwise in connection with the Policy; and

(6)     Upon deposit of the Interpleader Funds, NELICO shall be dismissed from this action with prejudice, without fees or costs to any party.

2

This ORDER shall be deemed a final judgment as to NELICO in accordance with

Fed. R. Civ. P. 54(b), there being no just reason for delay.

**SO ORDERED.**

Dated: White Plains, New York
       June 8, 2022

_____
Philip M. Halpern
United States District Judge

3