# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW ENGLAND LIFE INSURNACE COMPANY<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID DOERR, LESLIE DUBEAU, and STACY ARCHER, Individually and as Executrix of the Estate of Gene Haynes,<br>　　　　　Defendants. | CIVIL ACTION NO. 7:21-CV-11037 |

## ORDER OF DISBURSEMENT OF FUNDS

David Doerr, Leslie Dubeau, and Stacy Archer, Individually and as Executrix of the Estate of Gene Haynes (collectively the "Interpleader Parties") file this Joint Motion for Disbursement of Funds. In support thereof, they show:

On December 23, 2021, New England Life Insurance Company ("Plaintiff") filed its Complaint of this instant matter in this Court. The basis of the suit was a dispute over who was the proper beneficiary of Gene Haynes' life insurance benefits underwritten by Plaintiff, which was worth $163,958.65. On June 8, 2022, this Court ordered Plaintiff to deposit the proceeds from Mr. Haynes' life insurance policy in the Court's registry. On June 23, 2022, Plaintiff deposited $172,542.90 ("Interpleader Funds") into the Court's registry.

The Interpleader Defendants have agreed to a distribution of the Interpleader Funds and informed this Court that settlement has been reached.

Therefore, pursuant to the agreement of the Parties, the Court **ORDERS** the following regarding the Interpleaded Funds:

a) Leslie Dubeau shall receive $16,875.00 of the Interpleader Funds. This will be paid via check to Leslie Dubeau that should be sent to the attention of : Jo-Ellen Levy, Morgan & Morgan, 570 Crown Oak Centre Drive, Longwood, FL 32750.

b) Stacy Archer, Individually and as Executrix of the Estate of Gene Haynes, shall receive $16,875.00 of the Interpleader Funds. This will be paid via check to Stacy Archer that should be sent to the attention of: Jo-Ellen Levy, Morgan & Morgan, 570 Crown Oak Centre Drive, Longwood, FL 32750.

c) David Doerr shall receive the balance of the Interpleader Funds after Ms. Dubeau and Ms. Archer's amount is deducted from the Interpleader Funds in the Court's registry. This will be paid via check to David Doerr that should be sent to the attention of: Boonswang Law, 1500 Sansom Street, Suite 200, Philadelphia, PA 19102.

Once the Interpleader Funds have been disbursed in accordance with this Order, this case is **CLOSED**.

Dated: August 11, 2023
White Plains, New York

_____
The Honorable Philip M. Halpern
United States District Judge