UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW ENGLAND LIFE INSURANCE CO.,

             Plaintiff,

-against-

DAVID DOERR, et al.,

             Defendants.

**ORDER**

21-CV-11037 (PMH)

PHILIP M. HALPERN, United States District Judge:

Defendant Leslie DuBeau and Stacey Archer's motion to strike and motion to seal (Doc. 58) is hereby GRANTED.

The Clerk of Court is respectfully directed to strike Docs. 56 and 57 from the docket but retain the summary docket text for the record.

The Clerk of Court is further directed to file Defendant's motion (Doc. 58), and the exhibits attached thereto, which contain sensitive information related to settlement, under seal and restrict viewing of the motion to the parties to this action.

The Court will docket the redacted Order of Disbursement of Funds separately (Doc. 58-4).

Dated:  White Plains, New York
         August 21, 2023

                                                                         Philip M. Halpern
                                                                        United States District Judge