## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW ENGLAND LIFE INSURNACE COMPANY | CIVIL ACTION NO. 7:21-CV-11037 |
|         Plaintiff, | |
| v. | |
| DAVID DOERR, LESLIE DUBEAU, and STACY ARCHER, Individually and as Executrix of the Estate of Gene Haynes,         Defendants. | |

## <u>ORDER OF DISBURSEMENT OF FUNDS</u>

David Doerr, Leslie Dubeau, and Stacy Archer, Individually and as Executrix of the Estate of Gene Haynes (collectively the "Interpleader Parties") file this Joint Motion for Disbursement of Funds. In support thereof, they show:

On December 23, 2021, New England Life Insurance Company ("Plaintiff") filed its Complaint of this instant matter in this Court. The basis of the suit was a dispute over who was the proper beneficiary of Gene Haynes' life insurance benefits underwritten by Plaintiff, which was worth $163,958.65. On June 8, 2022, this Court ordered Plaintiff to deposit the proceeds from Mr. Haynes' life insurance policy in the Court's registry. On June 23, 2022, Plaintiff deposited $172,542.90 ("Interpleader Funds") into the Court's registry.

█████████████████████████████████████████████████

██████████████████████████████████

Therefore, ████████████████████████ the Court **ORDERS** the following

regarding the Interpleaded Funds:

████████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████

Once the Interpleader Funds have been disbursed in accordance with this Order, this case

is **CLOSED**.

Dated: August 21, 2023

White Plains, New York

_____

The Honorable Philip M. Halpern

United States District Judge