UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW ENGLAND LIFE INSURANCE CO.,

            Plaintiff,

-against-

DAVID DOERR, et al.,

           Defendants.

**ORDER**

21-CV-11037 (PMH)

PHILIP M. HALPERN, United States District Judge:

Defendant Leslie DuBeau and Stacey Archer's motion to strike and motion to seal (Doc. 61) is hereby GRANTED.

The Clerk of Court is respectfully directed to modify the docket text of the stricken entry at Doc. 57 to read only as follows: "ORDER OF DISBURSEMENT OF FUNDS granting 56 Motion for Disbursement of Funds."

The Clerk of Court is further directed to file Defendants' motion (Doc. 61), and the exhibits attached thereto, which contain sensitive information related to settlement, under seal and restrict viewing of the motion to the parties to this action.

Dated:  White Plains, New York
         August 24, 2023

                                              Philip M. Halpern
                                              United States District Judge